JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMONETTE KING, et al., | CASE NO. CV 09-9088 DSF (RCx) |
| Plaintiffs, | |
| v. | JUDGMENT FOR DEFENDANT AFTER COURT TRIAL |
| AETNA LIFE INSURANCE COMPANY, et al., | |
| Defendants. | |

The Court having conducted a trial of this case, having reviewed the evidence submitted by the parties, and having issued its Findings of Fact and Conclusions of Law, it is ORDERED, ADJUDGED AND DECREED that judgment be entered against Plaintiffs and in favor of Defendant, that the Plaintiffs take nothing, and that Defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920, and Local Rule 54.

Dated: 7/7/11

_____
Dale S. Fischer
United States District Judge